# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Petitioner,<br><br>  v.<br><br>ERNESTINA M. SAXTON, M.D.,<br><br>       Respondent. | Case No. 1:20-cv-01278-AWI-SKO<br><br>**ORDER DIRECTING SERVICE AND SETTING BRIEFING SCHEDULE** |

Before the Court is Petitioner  United States of America ("Petitioner")'s Petition to Enforce United States Drug Enforcement Administration ("DEA") Administrative Subpoena R9-19-179200 ("Subpoena") on Ernestina M. Saxton, M.D. ("Respondent").  (Doc. 1 ("Petition").) Specifically, Petitioner requests:

A.     This Court enter an order directing Respondent to immediately comply with the Subpoena, in its entirety;

B.     That any order granting the relief sought herein be served on Respondent or her counsel by the DEA; and

C.     That this Court grant such other and further relief as it deems just and proper.

(Petition at 2.)

Accordingly, the Court sets the following briefing schedule:

1.     Respondent Ernestina M. Saxton, M.D.'s response to the Subpoena or opposition to the Petition is due on or before **October 2, 2020**;

2.     Petitioner United States of America's reply is due on or before **October 9, 2020**. The Court will then take the matter under submission without oral argument pursuant to E.D. Cal. Local Rule 230(g); and

By no later than **September 16, 2020**, Petitioner shall serve the Petition and this Order on Respondent and file proof of service on the docket.

IT IS SO ORDERED.

Dated:  **September 11, 2020**            _/s/ Sheila K. Oberto_

                                      UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28