UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-cv-01278-AWI-SKO |
| Petitioner, | **ORDER ADMINISTRATIVELY CLOSING CASE** |
| v. | |
| ERNESTINA M. SAXTON, M.D., | |
| Respondent. | |

On August 10, 2021, the Court issued an order granting the petition brought by the United States of America for enforcement of Drug Enforcement Administration subpoena R9-19-179200. Doc. No. 15. That order resolved the only dispute between the parties before the Court.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is directed to administratively close this case.

IT IS SO ORDERED.

Dated: August 20, 2021                                                    /s/ [signature]
                                                                                              SENIOR DISTRICT JUDGE

1