UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ERNESTINA M. SAXTON, M.D.,<br><br>　　　　　　Respondent. | CASE NO. 1:20-cv-01278-AWI-SKO<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL** |

　　　On August 10, 2021, the Court issued an order granting the petition brought by Petitioner United States of America to enforce United States Drug Enforcement Agency administrative subpoena on R9-19-179200 against Respondent Ernestina M. Saxton, M.D. Doc. No. 15.

　　　On August 23, 2021, the Court issued an order administratively closing this case on the ground that the Court's August 10, 2021 order granting the petition resolved the only dispute before the Court. Doc. No. 17.

　　　On October 25, 2022, the Court reopened the case and issued an order holding Saxton in contempt for failing to comply with the August 10, 2021 order requiring full compliance with DEA subpoena R9-19-179200. Doc. No. 30. Further, the Court stated that if Saxton failed to comply in full within seven days, she would be assessed a sanction payable to the Clerk of Court accruing in the amount of $300 per day. Id. at 6:14-24.

More than four months have passed without any additional docketed activity in this case.

The United States is therefore ORDERED to show cause in writing why this action should not be dismissed for failure to prosecute within 10 calendar days of the date of electronic service of this order. Failure to do so will result in DISMISSAL of this action without further notice to the parties.

IT IS SO ORDERED.

Dated:   March 9, 2023

SENIOR DISTRICT JUDGE