PHILLIP A. TALBERT
United States Attorney
COLLEEN M. KENNEDY
EMILIA P. E. MORRIS
Assistant United States Attorneys
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Petitioner,<br><br>         v.<br><br>ERNESTINA M. SAXTON, M.D.,<br><br>                        Respondent. | Case No.  1:20-CV-01278-ADA-SKO<br><br>ORDER ON UNITED STATES' REQUEST TO SEAL |

Contemporaneously herewith, the United States has filed a Notice of Request to File Document Under Seal.  The United States requests that its Supplemental Notice dated July 7, 2023, be filed under seal in order to protect Personal Identifiable Information (PII) and Protected Health Information (PHI) that the Court has requested be included in the United States' filing.

The Court does not seal case documents from public view without good cause.  Being that the PII and PHI included in the United States' Supplemental Notice is necessary to clarify what Respondent must produce in order to purge the Court's findings of civil contempt against her, the Court finds that document should be filed under seal.  It is the practice of this Court to maintain case documents under seal until they are ordered unsealed by the Court.  Accordingly, the Court shall grant the United States' request for an order to file the July 7, 2023, Supplemental Notice under seal.  The Clerk of Court shall

1 be directed to file under seal the document submitted by United States until it is ordered unsealed by the
2 Court.
3     Based on the foregoing, IT IS HEREBY ORDERED THAT:
4 1.     The United States' Request to Seal is GRANTED, and
5 2.     The Clerk of Court is DIRECTED to file under seal the United States' Supplemental Notice
6 dated July 7, 2023, until it is ordered unsealed by the Court.

9 IT IS SO ORDERED.
10     Dated:   July 7, 2023
11                                                UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on July 7, 2023, she caused to be served a copy of

[PROPOSED] ORDER ON UNITED STATES REQUEST TO SEAL

by placing true and correct copies of the documents in a sealed envelope addressed as stated herein and depositing said envelope for pick-up by the U.S. Mail at Fresno, California:

**ADDRESS**:
Ernestina M. Saxton, M.D.
2135 West Beechwood Avenue
Fresno California 93711

*/s/ Marcela Vasquez*
Marcela Vasquez