HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorneys for Respondent
ERNESTINA M. SAXTON, M.D

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Petitioner,<br><br>            v.<br><br>ERNESTINA M. SAXTON, M.D.,<br><br>                    Respondent. | Case No.  1:20-CV-01278-ADA-SKO<br><br>RELEASE ORDER FOR<br>ERNESTINA M. SAXTON, M.D.<br><br>Hon. Ana de Alba |

This matter came before the court at 11:00 a.m. on July 12, 2023. At that time the parties agreed that Respondent Dr. Saxton had produced at least partial patient files for 16 of the 18 individuals named in DEA administrative subpoena R9-19-179200.  Therefore, Petitioner the United States of America did not oppose Dr. Saxton's immediate release from custody pursuant to the following conditions:

   1. A status conference shall be set for July 19, 2023, at 10:00 a.m..

   2. Between her release and the status conference, Dr. Saxton shall conduct a further review of her files and produce to the United States any records responsive to the DEA administrative subpoena R9-19-179200 and not already produced to the United States.

///

ERNESTINA M. SAXTON: PROPOSED RELEASE ORDER

1

3. By the date of the status conference, Dr. Saxton shall have produced all remaining documents in her possession to the United States or submit a statement that no further documents have been located.

Dated: July 12, 2023

                                            Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

By:    */s/ Eric V. Kersten*
        ERIC V. KERSTEN
        Assistant Federal Defender
        Attorney for Respondent

**ORDER**

IT IS SO ORDERED. Respondent Ernestina M. Saxton, M.D., shall be released from custody forthwith.

IT IS SO ORDERED.

Dated:   July 12, 2023

_____
UNITED STATES DISTRICT JUDGE

ERNESTINA M. SAXTON: PROPOSED RELEASE ORDER