PHILLIP A. TALBERT
United States Attorney
COLLEEN M. KENNEDY
EMILIA P. E. MORRIS
Assistant United States Attorneys
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Petitioner,<br><br>     v.<br><br>ERNESTINA M. SAXTON, M.D.,<br><br>             Respondent. | Case No.  1:20-CV-01278-ADA-SKO<br><br>ORDER ON UNITED STATES' REQUEST TO SEAL |

Contemporaneously herewith, the United States has filed a Notice of Request to File Document Under Seal.  The United States requests that its Second Supplemental Notice dated July 11, 2023, be filed under seal in order to protect Personal Identifiable Information (PII) and Protected Health Information (PHI) that the Court has requested be included in the United States' filing.

The Court does not seal case documents from public view without good cause.  Being that the PII and PHI included in the United States' Second Supplemental Notice is necessary to clarify the status of Respondent's production in order to purge the Court's findings of civil contempt against her, the Court finds that document should be filed under seal.  It is the practice of this Court to maintain case documents under seal until they are ordered unsealed by the Court.  Accordingly, the Court shall grant the United States' request for an order to file the July 11, 2023, Second Supplemental Notice under seal.

The Clerk of Court shall be directed to file under seal the document submitted by United States until it is ordered unsealed by the Court.

Based on the foregoing, IT IS HEREBY ORDERED THAT:

1. The United States' Request to Seal is GRANTED, and

2. The Clerk of Court is DIRECTED to file under seal the United States' Second Supplemental Notice dated July 11, 2023, until it is ordered unsealed by the Court.

IT IS SO ORDERED.

Dated:  July 13, 2023

_____
UNITED STATES DISTRICT JUDGE