IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Petitioner <br><br> v. <br><br> ERNESTINA M. SAXTON, M.D., <br><br> Respondent. | No. 1:20-CV-01278-ADA-SKO <br><br> ORDER GRANTING THE UNITED STATES' REQUEST TO SEAL DOCUMENTS <br><br> (ECF No. 65) |

Contemporaneously herewith, the United States has filed a Notice of Request to File Document Under Seal. (ECF No. 65.) The United States requests that the Declaration of Ernestina Saxton, M.D., the Application to File Documents Under Seal, the [Proposed] Sealing order, and any ensuing Sealing Order issued by the Court pursuant to this request be filed under seal in order to protect sensitive and confidential information included therein.

The Court does not seal case documents from public view without good cause. Being that the sensitive and confidential information included in the Declaration of Ernestina Saxton, M.D., dated July 25, 2023, is necessary to clarify the status of Respondent's production in order to purge the Court's findings of civil contempt against her, the Court finds that these documents should be filed under seal. It is the practice of this Court to maintain case documents under seal until they are ordered unsealed by the Court. Accordingly, the Court shall grant the United States' request

///

for an order to file the Declaration of Ernestina Saxton, M.D. under seal.

    The Clerk of Court shall be directed to file under seal the document submitted by United States until it is ordered unsealed by the Court.

    Based on the foregoing, IT IS HEREBY ORDERED THAT:

    1. The United States' Request to Seal is GRANTED, and

    2. The Clerk of Court is DIRECTED to file under seal the Declaration of Ernestina Saxton, M.D., dated July 25, 2023, until it is ordered unsealed by the Court.

IT IS SO ORDERED.

Dated:   July 26, 2023

UNITED STATES DISTRICT JUDGE