# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>ERNESTINA M. SAXTON, M.D.,<br><br>Respondent. | No. 1:20-CV-01278-ADA-SKO<br><br>ORDER DIRECTING CLERK TO CLOSE THE CASE<br><br>(Doc. 72) |

On October 30, 2023, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 72). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **November 1, 2023**             /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE